IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON MORTON**                                                                                                     **PLAINTIFF**
**ADC #655122**

V.                           Case No. 4:23-CV-00848-JM-BBM

**JOHN STALEY,**
**Sheriff, Lonoke County Jail,** *et al.*                                                            **DEFENDANTS**

### ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Defendants' Motion for Summary Judgment (*Doc. 29*) is GRANTED in part and DENIED in part. Morton's individual-capacity deliberate-indifference claims against Staley and Holland are DISMISSED with prejudice. Morton's deliberate-indifference claim against Shipp in his individual capacity and Morton's official-capacity claims against all Defendants PROCEED.

IT IS SO ORDERED this 5th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE